## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HUNTER HOMES & PROPERTIES, INC., | |
| Plaintiff, | Civil Action File No.:_____ |
| v. | |
| PRAKASH SOFTWARE SOLUTIONS PVT. LTD., | **Demand For Jury Trial** |
| Defendant. | |

## COMPLAINT

Plaintiff Hunter Homes & Properties, Inc.  ("Hunter Homes") now brings this action against Defendant Prakash Software Solutions PVT. LTD., ("Prakash"), showing this Court as follows:

1.     This action arises out of Prakash's improper actions and assertions of right and ownership relating to certain software code owned by Hunter Homes that implements process mapping functionalities.  The software code was written as a commissioned work by Prakash, and is owned by Hunter Homes by (a) operation of the Copyright Act's work for hire doctrine and (b) pursuant to Prakash's agreement with Hunter Homes.

1

2.      Hunter Homes seeks a declaration that it is the rightful owner of all process mapping software code written by Prakash after Prakash was commissioned by Hunter Homes to write such code.

## PARTIES

3.      Plaintiff Hunter Homes is a Georgia corporation having its principal place of business at 827 Fairways Court, Ste. 110, Stockbridge, Henry County, Georgia 30281.

4.      Upon Information and belief, Defendant Prakash is a corporation organized and existing under the laws of the India with a principal place of business in India.

## JURISDICTION AND VENUE

5      This Court has subject matter jurisdiction over this action pursuant to, *inter alia,* 28 U.S.C. §§ 1331, 1338, 2201 and the Copyright Act, 17 U.S.C § 101, *et seq*.

6      Venue is proper in this district pursuant to 28 U.S.C. § 1391 because, *inter alia*, a substantial part of the events giving rise to the claim occurred here, and Prakash irrevocably and unconditionally submitted itself to the exclusive jurisdiction of any state or superior court of the State of Georgia or federal court

located in Atlanta in any litigation arising out of or relating to Prakash's Agreement with Hunter Homes that is the subject of this lawsuit.

## FACTUAL BACKGROUND

7      Hunter Homes has created, developed, and invented certain processes for project management for construction industry; software as a service ("SAAS") services featuring software for use in the construction industry to facilitate collaboration among all participants in and for management of a construction project including contractors, subcontractors, and vendors by coordinating scheduling, bidding, construction management, construction services, document management, and job costing.  The process was termed "Clearview Cloud."

8      Prakash is in the business of developing and writing code for others in exchange for compensation.

9      Hunter Homes engaged Prakash to write software code to implement and execute the Clearview Cloud Process ("Clearview Cloud Software"). developed by Hunter Homes pursuant  to the Software Assignment Agreement ("Agreement") between the Parties.  To date Hunter Homes has paid all monies due and owing to Prakash for all delivered products.

10.    Since receiving final payment, however, Prakash has attempted to extort additional funds from Hunter Homes by refusing provide the source code for

3

Clearview Cloud Software unless Hunter Homes pays for unauthorized, duplicative work.

11     The Clearview Cloud Software drafted by Prakash implements the Clearview Cloud Process.  This software was stored on a cloud-based system and was accessible to Hunter Homes until approximately December 15, 2016.  On information and belief, Prakash took steps to disable Hunter Homes' access to the cloud-based system.

12     In the Agreement dated April 25, 2013, Prakash acknowledged, assigned, and confirmed the assignment of any and all rights to the Clearview Cloud Software.

13     Prakash and its counsel were familiar with the terms of the Agreement with Hunter Homes and understood that it vested all rights, title, and ownership of any work on the Clearview Cloud Software code vested in Hunter Homes.  In at least four (4) text messages, Prakash acknowledged that the Clearview Cloud Software is owned by Hunter Homes.

14.   Nevertheless, Prakash has also claimed Prakash owns the Clearview Cloud Software in at least two (2) emails.  Moreover, in a December 2016 text message, Prakash claimed that Prakash, not Hunter Homes, owned all rights to the Clearview Cloud Software.  Prakash refuses to execute any document to confirm

the assignment and affirm that ownership of the Clearview Cloud Software is vested in Hunter Homes.

15.    By operation of the Copyright Act's work for hire doctrine and pursuant to the Agreement, all code written after April 25, 2013 by Prakash related to the Clearview Cloud Process is owed by Hunter Homes.  See 17 U.S.C. § 101, 201(b).

## CLAIM FOR RELIEF
## DECLARATORY JUDGMENT

16.    Hunter Homes incorporates by reference, as if fully restated and set forth herein, the allegations contained in the preceding Paragraphs of this Complaint.

17.    Prakash transferred all rights, title, and interest in and to the Clearview Cloud Software, including the source code, to Hunter Homes.   Prakash now improperly claims ownership of the copyright to such code. Prakash has further claimed that Hunter Homes has no ownership rights in the Clearview Cloud Software code and no rights to use any of the code written by Prakash.

18.    Hunter Homes vehemently disagrees with Prakash's statements and actions, which are impacting its operations.

19.     Any and all attempts by Hunter Homes to resolve its dispute with Prakash have been met with resistance and an unwillingness to compromise.

20. An actual and justiciable controversy has arisen and now exists between Hunter Homes and Prakash concerning which party is the sole owner of the Clearview Cloud Software, including which party holds the exclusive right to copyright the Clearview Cloud Software code.

21.     Because the above activities and actions of have created an actual and justiciable controversy, Hunter Homes seeks a declaration that Hunter Homes is the sole owner of the Clearview Cloud Software and has exclusive ownership of the copyright to the Clearview Cloud Software code written by Prakash after April 25, 2013. Accordingly, a declaration of the rights and other legal relations of the interested parties is appropriate.

## PRAYER FOR RELIEF

WHEREFORE, Hunter Homes prays for a judgment against Prakash that:

a)     Declares that Hunter Homes is the sole owner of the Clearview Cloud Software and has exclusive ownership of the copyright to the Clearview Cloud Software code;

6

b)     Declares that Hunter Homes owns the copyright to all process mapping software and source code written by Prakash after April 25, 2013;

c)     Awards Hunter Homes its costs and expenses of suit incurred and attorneys' fees as allowed by law; and

d)     Grants Hunter Homes such other relief as the Court may deem proper.

This 17th day of January, 2017.

<div style="margin-left:50%">

 _/s/ Nigam Acharya_

Nigamnarayan Acharya
Georgia Bar No.001469
Kristin S. Tucker
Georgia Bar No. 805833
Sabrina L. Atkins
Georgia Bar No. 567762
*Counsel for Plaintiff Hunter Homes and Properties, Inc.*

</div>

**BAKER DONELSON**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Ph. 404-577-6000
Fax 404-221-6501
nacharya@bakerdonelson.com
ktucker@bakerdonelson.com
satkins@bakerdonelson.com

## **CERTIFICATION OF FONT**

The undersigned hereby certifies that he has prepared the within and foregoing document in accordance with LR 5.1, NDGA, and LR 7.1(D), NDGA. Specifically, counsel certifies that he has used 14-point Times New Roman as the font in these documents except for footnotes, which are in 10-point Times New Roman.

This 17th day of January, 2017.

<div align="right">

*/s/ Nigam Acharya*
Nigamnarayan Acharya
Georgia Bar No. 001469
Kristin S. Tucker
Georgia Bar No. 805833
Sabrina L. Atkins
Georgia Bar No. 567762

*Counsel for Plaintiff Hunter Homes and Properties, Inc.*

</div>

**BAKER DONELSON**
Suite 1600, Monarch Plaza
3414 Peachtree Rd. NE
Atlanta, Georgia 30326
Ph. 404-577-6000
Fax 404-221-6501
nacharya@bakerdonelson.com
ktucker@bakerdonelson.com
satkins@bakerdonelson.com